IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PIA & NICHOLAS MERGLIANO,** : | |
| Plaintiffs, : | CIVIL ACTION |
| : | |
| v. : | NO. 11-2223 |
| : | |
| **MGC Mortgage, Inc.,** : | |
| Defendant. : | |

### ORDER

**AND NOW**, this 26th day of October 2011, upon consideration of Plaintiffs' Amended Motion for Leave to Amend the Complaint (Doc. No. 14), Defendant's Response thereto (Doc. No. 17), and Plaintiffs' Reply (Doc. No. 18), and for the reasons stated by the Court in the Opinion filed this day, it is hereby **ORDERED** that the Motion (Doc. No. 14) is **GRANTED in part and DENIED in part**. Plaintiffs are granted leave to amend to add the proposed additional claims against Defendant MGC Mortgage, Inc. only. Plaintiffs shall file the amended complaint within fourteen (14) days of the date of this Order.

It is so **ORDERED.**

BY THE COURT:

/s/ Hon. Cynthia M. Rufe

_____
**HON. CYNTHIA M. RUFE**